

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On January 18, 2018, we ordered court reporter Delcine Benavides to file the reporter's record on or before February 19, 2018. No reporter's record has been filed. We ORDER court reporter Decline Benavides to file the reporter's record on or before **March 23, 2018**. If the reporter's record is not filed by such date, an order may be issued directing Delcine Benavides to appear and show cause why she should not be held in contempt for failing to file the record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court